IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS CAREY, #245 045, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:13-CV-799-WHA |
| | )                    [WO] |
| WARDEN JONES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

On January 18, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. Doc. 32. Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case be and is hereby DISMISSED as follows:

1. Defendants' motion for summary judgment (Doc. 18) is GRANTED;

2. Plaintiff's complaint against Defendant Mail Room Supervisor is DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i);

3. This case is DISMISSED prejudice;

4. Costs are taxed against Plaintiff.

Final Judgment will be entered accordingly.

Done, this  10th   day of February,  2017.

    /s/  W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE